UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Criminal No: 6:20-cr-165-Orl-78LRH

AVINASH SINGH

## MOTION TO RESCHEDULE INITIAL APPEARANCE
## AND CHANGE OF PLEA

COMES NOW the undersigned counsel who, pursuant to an agreement with AUSA Roger Handberg would respectfully request that the Initial Appearance and Change of Plea scheduled before the Honorable Leslie Hoffman be rescheduled from January 19, 2021 and be rescheduled to Wednesday, January 26, 2021 if convenient with the Court's schedule and in support thereof would show as follows:

1. The Defendant has been charged by Information with Wire Fraud and Illegal Monetary Transactions.

2. The Defendant has signed and submitted a Plea Agreement.

3. The parties have agreed to the Defendant's self-surrender and plea, and that the undersigned can accept the summons on behalf of the Defendant.

4. The Initial Appearance is currently scheduled for January 19, 2021 before the Honorable Leslie Hoffman, United States Magistrate.

5. The undersigned has a trial certain in Palm Beach County scheduled that week and has been told jurors have been summoned and the case is going to trial.

6. The undersigned has an out-of-town witness flying in for trial that week and will be involved in preparation and trial.

United States of America v. Avinash Singh
Case No: 6:20-cr-165-Orl-78LRH

7. While everyone is optimistic that the trial will go as scheduled and not be cancelled due to COVID 19, the undersigned, in the abundance of caution, shared this with AUSA Roger Handberg and requested a one week delay.

8. The government indicated there is no objection to this one week delay.

9. Based on this, the undersigned, on behalf of the Defendant, is requesting the Initial Appearance, Setting Conditions of Release, and Plea Conference be rescheduled for January 26, 2021 if convenient with this Court's schedule.

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger B. Handberg, AUSA

Respectfully submitted,

LAW OFFICES OF SALNICK & FUCHS, P.A.
1645 Palm Beach Lakes Boulevard
10th Floor, Suite 1000
West Palm Beach, Florida 33401-5014
Telephone: (561) 471-1000
Facsimile: (561) 659-0793
Email: salnicklaw@aol.com

*/s/Michael Salnick*
MICHAEL SALNICK, Fla. Bar #270962