**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                         CASE NO: 6:20-cr-165-Orl-78LRH

AVINASH SINGH

_____/

**ORDER**

THIS CAUSE is before the Court on the United States' Unopposed Motion to Transfer Case (Doc. 7). The Unopposed Motion to Transfer Case (Doc. 7) is **GRANTED**. It is **ORDERED** that this case is transferred to the Honorable District Judge Carlos E. Mendoza, with his consent, pursuant to Local Rule 1.04(b), Middle District of Florida, to be considered with related cases.

**DONE AND ORDERED** in Orlando, Florida on January 7, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record