# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**   CASE NO: 6:20-cr-165-Orl-41LRH

**AVINASH SINGH**

AUSA: Roger Handberg

Defense Attorney: Michael Salnick, Retained Counsel

| JUDGE: | **LESLIE R. HOFFMAN**<br>United States Magistrate Judge | DATE AND TIME: | **February 2, 2021**<br>2:16-2:22<br>6 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sonya Williams |

## CLERK'S MINUTES
### INITIAL APPEARANCE

Case called; appearances taken; procedural setting by the Court.
Defendant failed to appear.
Counsel to notify the Court within 48 hours as to the location of the defendant or bench warrant will be issued.
If defendant is located, the initial appearance will be reset by separate notice.