UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:20-cr-165-Orl-41LRH

AVINASH SINGH

**JOINT NOTICE REGARDING DEFENDANT'S LOCATION**

On December 28, 2020, the United States filed an Information charging the defendant, AVINASH SINGH, with two counts of wire fraud and two counts of money laundering. Doc. 1. The defendant executed a waiver of indictment and a plea agreement. Doc. 3, 4. A summons was issued that set an initial appearance for February 2, 2021. Doc. 6. Counsel for the defendant accepted service of the summons on behalf of the defendant. Doc. 21.

The defendant failed to appear at the February 2, 2021 initial appearance. At that hearing, the defendant's counsel advised the Court, among other things, that counsel had been in regular contact with the defendant, including the day before the initial appearance, and that counsel did not know where the defendant was or why he had failed to appear.

The Court directed the parties to advise the Court within 48 hours if the defendant was located. Doc. 22. If the defendant was not located, the Court indicated that a bench warrant would be issued. Doc. 22.

The defendant has not been located. After the initial appearance, the United States requested law enforcement to conduct a wellness check of the defendant at his last known arrest. Law enforcement has visited the defendant's last known address on February 2, 2021 and February 3, 2021, but did not locate the defendant. On February 3, 2021, law enforcement talked with the defendant's wife who claims that she does not know where the defendant is and has no way to contact him. Law enforcement advised the defendant's wife that a warrant will be issued for the defendant's arrest if he is not found. Law enforcement asked the defendant's wife to tell the defendant to call his counsel if she talks with him.

Since the February 2, 2021 hearing, counsel for the defendant has repeatedly attempted to contact the defendant by calls, texts, and emails. The defendant has not responded.

Because of these developments, the United States also will be filing a motion to cancel the February 8, 2021 change of plea hearing that is scheduled with the District Court.

Date:  February 4, 2021

                                            Respectfully submitted,

                                            MARIA CHAPA LOPEZ
                                            United States Attorney

| | | |
|---|---|---|
| *Michael Salnick* | By: | */s/ Roger B. Handberg* |
| MICHAEL SALNICK | | ROGER B. HANDBERG |
| Law Offices of Salnick & Fuchs | | Assistant United States Attorney |
| Florida Bar No. 270962 | | Florida Bar No. 0241570 |
| 1645 Palm Beach Lakes Blvd. | | 400 W. Washington Street, Suite 3100 |
| 10th Floor, Suite 1000 | | Orlando, Florida  32801 |
| West Palm Beach, FL 33401 | | Telephone:  (407) 648-7500 |
| Telephone: (561) 471-1000 | | Facsimile:   (407) 648-7643 |
| Facsimile: (561) 659-0793 | | E-mail:  Roger.Handberg@usdoj.gov |
| E-mail: salnicklaw@aol.com | | |
| Counsel for the Defendant | | |

U.S. v. AVINASH SINGH                    Case No. 6:20-cr-165-Orl-41LRH

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Salnick, Esquire

                                        */s/ Roger B. Handberg*
                                        ROGER B. HANDBERG
                                        Assistant United States Attorney
                                        Florida Bar No. 0241570
                                        400 W. Washington Street, Suite 3100
                                        Orlando, Florida  32801
                                        Telephone:  (407) 648-7500
                                        Facsimile:   (407) 648-7643
                                        E-mail:  Roger.Handberg@usdoj.gov