UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:20-cr-165-Orl-41LRH

AVINASH SINGH

### GOVERNMENT'S UNOPPOSED MOTION TO CANCEL CHANGE OF PLEA HEARING

As detailed in the Joint Notice filed by counsel for the defendant and the United States (Doc. 23), the defendant, AVINASH SINGH, failed to appear for his initial appearance and has absconded. As a result, the United States requests that the Court cancel the change of plea hearing that is set for February 8, 2021. Doc. 20. The undersigned has conferred with counsel for the defendant who indicates that counsel for the defendant does not oppose the relief requested in this motion.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  */s/ Roger B. Handberg*
ROGER B. HANDBERG
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida  32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:  Roger.Handberg@usdoj.gov

U.S. v. AVINASH SINGH            Case No. 6:20-cr-165-Orl-41LRH

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Salnick, Esquire

*/s/ Roger B. Handberg*
ROGER B. HANDBERG
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida  32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:  Roger.Handberg@usdoj.gov