UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.   6:20-cr-165-Orl-41LRH
          (Forfeiture)

AVINASH SINGH

BILL OF PARTICULARS

The United States, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, now particularly alleges that the following real property is subject to forfeiture as a substitute asset pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), based upon the allegations charged in Counts One through Four of the Indictment:

4925 Cypress Hammock Dr., St. Cloud, Florida 34771

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   s/Nicole M. Andrejko
NICOLE M. ANDREJKO
Assistant United States Attorney
Florida Bar Number 0820601
400 West Washington Street, Suite 3100
Orlando, Florida 32801
(407) 648-7500 – telephone
(407) 648-7643 – facsimile
E-mail: nicole.andrejko@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Salnick, Esquire

          By: s/Nicole M. Andrejko
             NICOLE M. ANDREJKO
             Assistant United States Attorney