UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  **CASE NO: 6:20-cr-165-CEM-LHP**

**AVINASH SINGH**

AUSA: Amanda Daniels

Defense Attorney: Michael Ryan, Federal Public Defender

| Judge: | **ROBERT M. NORWAY**<br>United States Magistrate Judge | Date and Time: | **November 3, 2023**<br>2:00 P.M.-2:25 P.M.<br>2:33 P.M.-3:03P.M. |
|---|---|---|---|
| Courtroom: | 3C | Total Time: | 55 minutes |
| Deputy Clerk: | LaDarrius Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | Sofia Kollaian |

## CLERK'S MINUTES
### Initial Appearance/Arraignment/Detention Hearing

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant. No issue as to competency.
Court advises defendant of his rights.
Government summarizes the counts in the Superseding Indictment and advises of the potential penalties.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Defense oral motion for appointment of counsel. Motion granted. Court appoints FPD. Order to be entered.
Defendant waives formal reading of Superseding Indictment and enters a plea of not guilty.
Court sets trial term of Jan 2023 before Judge Mendoza. Criminal Scheduling Order to be entered.
Government oral motion for detention.
Government makes proffer and argument for detention.

Government Exhibit 1 is identified and admitted into evidence.
Defense makes proffer for release.
Government rebuttal argument.
Defense makes brief rebuttal statement.
Court DENIES bond and defendant will remain in custody pending trial. Order to be entered.
Court adjourned.