# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                          **CASE NO: 6:20-cr-165-CEM-LHP**

**AVINASH SINGH**

_____

## ORDER OF TRANSFER

The Clerk of Court is directed to transfer this case to the Honorable Robert M. Norway with his permission, as the presiding magistrate judge.

**DONE** and **ORDERED** in ORLANDO, Florida on this 7th day of November 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE