UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 6:20-cr-165-CEM-RMN

AVINASH SINGH
_____/
OWNER OF RECORD: AVINASH SINGH and SHANAZ SINGH, husband and wife

**GOVERNMENT'S NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on February 17, 2021, and is now pending in the United States District Court for the Middle District of Florida between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **4925 Cypress Hammock Drive, St. Cloud, Florida 34771**, being the same premises conveyed to Avinash Singh and Shanaz Singh, on March 24, 2016, and recorded March 28, 2016, in Osceola County in Book 4933, Page 2775, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> Lot 155, East Lake Park Phase 3-5, according to the map or plat thereof as recorded in Plat Book 20, Page 64, Public Records of Osceola County, Florida.
>
> Property Identification Number: 17-25-31-3164-0001-1550.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and 28 U.S.C. § 2461(c).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture.  Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, 401 W. Central Blvd., Suite 1200, Orlando, FL 32801-0120.

        Respectfully Submitted,

        ROGER B. HANDBERG
        United States Attorney

By:    *s/Nicole M. Andrejko*
        NICOLE M. ANDREJKO
        Assistant United States Attorney
        Florida Bar Number 0820601
        400 W. Washington Street,
        Suite 3100
        Orlando, Florida 32801
        (407) 648-7500 – telephone
        E-mail: nicole.andrejko@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                 *s/Nicole M. Andrejko*
                                                 Nicole M. Andrejko
                                                 Assistant United States Attorney