UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**  No: 6:20-cr-00165-CEM-RMN

*Plaintiff,*

v.

**AVINASH SINGH,**

*Defendant.*
_____/

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW,** the Owner and Senior Partner of Joshi Law, RAJAN JOSHI, ESQ, by and through the Undersigned counsel, and moves this Honorable Court to permit the office of Joshi Law Firm, P.A. to withdraw as counsel for the Defendant, Avinash Singh, and as grounds in support would state:

On November 14, 2023, Joshi Law Firm, P.A. was retained by the Defendant, Avinash Singh in this case.

Since that time, Joshi Law Firm, P.A., and the Defendant have developed irreconcilable differences, which cannot be remedied, and affect the representation of Mr. Singh.

The Defendant, Avinash Singh, has requested that the Joshi Law Firm, P.A. withdraw its representation, and relieve Michelle Yard, BCS, and Rajan

Joshi, Esq., of any further responsibility, and that this Honorable Court reappoint to the Office of Federal Defender.

The undersigned conferred with counsel for the United States who do not oppose the relief requested in this motion.

## MEMORANDUM

Local Rule 2.02(c) provides that no attorney shall withdraw as counsel without approval of the Court and notice to the defendant. The Defendant has indicated, via the signature below, his notice, and his request that Joshi Law Firm withdraw. Accordingly, the undersigned file this motion to withdraw from further representation and to terminate any electronic notices in this case.

Dated: 03/01/24

_____
Avinash Singh, Defendant

# CERTIFICATE OF SERVICE

**I CERTIFY** that on the 1st day of March 2024, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the Assistant United States Attorney.

Respectfully submitted by,

/s/ *Rajan Joshi*
Rajan Joshi, Esq.
Florida Bar Number: 342350
**Joshi Law Firm, P.A.**
5750 Major Blvd., Suite 530
Orlando, Florida 32819
Office: (407) 661-1109
Email: rajan@joshi.law
Attorney for Defendant Singh

/s/ *Michelle Yard*
Michelle Yard, BCS
Florida Bar Number: 14085
**Joshi Law Firm, P.A.**
5750 Major Blvd., Suite 530
Orlando, Florida 32819
Office: (407) 661-1109
Email: michelle@joshi.law
Attorney for Defendant Singh