UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:20-cr-165-CEM-RMN

**AVINASH SINGH**

AUSA: Amanda Daniels

Defense Attorney: Ernest Chang, Retained Counsel

| Judge: | **CARLOS E. MENDOZA**<br>United States District Judge | Date and Time: | **May 6, 2024**<br>1:19 P.M. – 1:35 P.M. |
|---|---|---|---|
| Deputy Clerk: | Maria Hernandez | Reporter: | Suzanne Trimble<br>trimblecourtreporter@outlook.com |
| Interpreter: | None | Pretrial/Prob: | No Appearance |
| Total Time | **16 Minutes** | | |

**Clerk's Minutes**
**Change of Plea**

Case called. Appearances taken. Defendant sworn.

Court inquired with defendant and advised of rights.

Defendant proffered a plea of guilty as to Counts One, Five, Eleven, Fourteen, and Sixteen of the Superseding Indictment. The Court accepted the plea and adjudicated the defendant guilty. The defendant remains in custody pending sentencing.

Sentencing set for Tuesday August 6, 2024, at 9:30 A.M.

Court is adjourned.