UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                       Case No: 6:20-cr-165-CEM-RMN

**AVINASH SINGH**

AUSA: Amanda Daniels

Defense Attorney: Ernest Chang, CJA

| JUDGE: | **CARLOS E. MENDOZA**  United States District Judge | DATE AND TIME: | **August 6, 2024**  9:35 A.M. – 10:21 A.M.  10:40 A.M. – 10:48 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble  trimblecourtreporter@outlook.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Omayra Hernandez |
| TOTAL TIME | 54 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING**

Case called.   Appearances made by counsel.   Defendant placed under oath.

Defendant is adjudged guilty to Counts One, Five, Eleven, Fourteen, and Sixteen of the Superseding Indictment.

Witnesses (unsworn):
Anisa Singh (wife)
L.S. (victim)
D.C. (victim)
M.F. (victim)

Court is in brief recess.

Court resumes.

**IMPRISONMENT**: 288 MONTHS. This term consists of a 240 month term as to Counts One and Five, to run concurrently, and a 48 month term as to Counts Eleven, Fourteen, and Sixteen, to run concurrently. The 240 month term in Counts One and Five are consecutive to the 48 month term in Counts Eleven, Fourteen, and Sixteen.

> The Court makes the following recommendation to the Bureau of Prisons:
> 1. Defendant be placed at USP Coleman, for familial proximity.

**SUPERVISED RELEASE**:  2 YEARS. This term consists of a 2 year term as to Counts One, Five, Eleven, Fourteen, and Sixteen, all such terms to run concurrently.

The mandatory drug testing requirements are suspended.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
- Financial Restrictions
- Collection of DNA

**RESTITUTION:** Deferred. A date for the final determination of victim losses shall be under a separate order and will not exceed 90 days. Defendant requests to be present for the hearing. Payee:

**FINE**:  Waived.

**SPECIAL ASSESSMENT**:   $500.00, due immediately.

**FORFEITURE:** Defendant shall forfeit to the United States those assets previously identified in the Superseding Indictment (Doc. 31), Plea Agreement (Doc. 62) and Preliminary Orders of Forfeiture (Docs. 68 and 72), that are subject to forfeiture.

Plea Agreement is accepted.

**DISMISSAL:** In accordance with the plea agreement, it is ordered that Counts Two, Three, Four, Six, Seven, Eight, Nine, Ten, Twelve, Thirteen, and Fifteen of the Superseding Indictment and the underlying Information are **DISMISSED**.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal.

Court is adjourned.