# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**V.**  6:20-CR-00165-CEM-RMN

**AVINASH SINGH**

_____

## NOTICE OF APPEAL

Notice is hereby given that AVINASH SINGH, Defendant named above, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal case entered in this action on the 7th day of August, 2024. The defendant appeals the Judgment and Sentence.

**DATED** this  14th   day of August, 2024.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2024, I electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Amanda Daniels, amanda.daniels@usdoj.gov, Assistant United States Attorney.

Respectfully submitted,

**s/Ernest L. Chang**
Ernest L. Chang
Florida Bar No. 0867550
Ernest L. Chang, P.A.
6767 N. Wickham Road, Suite 400
Melbourne, FL 32940
Telephone (321) 255-6300
E-Mail: erniechang@brevardlawfirm.com
Attorney for Defendant