## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**

**AVINASH SINGH**

**Case Number: 6:20-cr-165-CEM-RMN**

**USM Number: 12304-506**

**Ernest L. Chang, CJA**
**6767 N Wickham Rd., Suite 400**
**Melbourne, FL 32940**

### AMENDED[1] JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts One, Five, Eleven, Fourteen, and Sixteen of the Superseding Indictment. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | April 28, 2017 | One |
| 18 U.S.C. § 1343 | Wire Fraud | June 13, 2019 | Five |
| 18 U.S.C. §§ 1957 and 2 | Illegal Monetary Transactions | March 23, 2016 | Eleven |
| 18 U.S.C. §§ 1957 and 2 | Illegal Monetary Transactions | April 25, 2018 | Fourteen |
| 18 U.S.C. §§ 1957 and 2 | Illegal Monetary Transactions | September 4, 2020 | Sixteen |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

In accordance with the plea agreement, it is ordered that Counts Two, Three, Four, Six, Seven, Eight, Nine, Ten, Twelve, Thirteen, and Fifteen of the Superseding Indictment, and the underlying Information are **DISMISSED**.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

August 6, 2024

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

October _____, 2024

---

[1] Amended to include stipulated restitution amount (Doc. 91).

**Avinash Singh**
**6:20-cr-165-CEM-RMN**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **288 (TWO HUNDRED EIGHTY-EIGHT) MONTHS**. This term consists of a 240-month term as to Counts One and Five, to run concurrently, and a 48-month term as to Counts Eleven, Fourteen, and Sixteen, to run concurrently. The 240-month term in Counts One and Five is consecutive to the 48-month term in Counts Eleven, Fourteen, and Sixteen.

 The Court makes the following recommendation to the Bureau of Prisons:
1. Defendant be placed at USP Coleman, for familial proximity.

 The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

The defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
 UNITED STATES MARSHAL

By: _____
 Deputy U.S. Marshal

**Avinash Singh**
**6:20-cr-165-CEM-RMN**

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **2 (TWO) YEARS**. This term consists of a 2 year term as to Counts One, Five, Eleven, Fourteen, and Sixteen, all such terms to run concurrently.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the Court orders the defendant to submit to random drug testing not to exceed 2 tests per week.
4.  You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.
5.  You must cooperate in the collection of DNA as directed by the probation officer.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions as follows.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Avinash Singh
6:20-cr-165-CEM-RMN

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10   days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours**.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____          Date:_____

Avinash Singh
6:20-cr-165-CEM-RMN

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1.  The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the probation officer.  The defendant shall provide the probation officer access to any requested financial information.

2.  The defendant shall cooperate in the collection of DNA, as directed by the probation officer.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| | Assessment | Restitution | Fine | AVAA Assessment[2] | JVTA Assessment[3] |
|---|---|---|---|---|---|
| TOTALS | $500.00, due immediately | $27,835,022.78 | Waived. | N/A | N/A |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Restitution Ordered |
|---|---|
| See Attached List. | See Attached List. |

## SCHEDULE OF PAYMENTS

While in the custody of the Bureau of Prisons, the defendant shall either (1) pay at least $25.00 quarterly if working non-Unicor or (2) pay at least 50 percent of his or her monthly earnings if working in a Unicor position.  Upon release from custody, the defendant is ordered to begin making payments of **$200.00 per month** and this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in the ability to pay. **The Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

---

[2] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[3] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

**Avinash Singh**
**6:20-cr-165-CEM-RMN**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Superseding Indictment (Doc. 31), Plea Agreement (Doc. 62), and Orders of Forfeiture (Docs. 68 and 72), that are subject to forfeiture.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

| Investor | Loss Amounts |
|---|---|
| 1 Q.C. | $ 48,716.79 |
| A.G. | $ 15,000.00 |
| A.Z. | $ 5,000.00 |
| A.A. | $ 8,100.00 |
| A.E.S. | $ 10,000.00 |
| A.S. | $ 6,168.62 |
| A.E.A. | $ 20,000.00 |
| A.A. | $ 11,336.00 |
| A.A. | $ 20,000.00 |
| A.A. | $ 5,000.00 |
| A.M. | $ 5,000.00 |
| A.R. | $ 4,000.00 |
| A.C. | $ 23,000.00 |
| A.G. | $ 322,681.00 |
| A.G. | $ 9,000.00 |
| A.E. | $ 5,000.00 |
| A.S. | $ 5,000.00 |
| A.M. | $ 16,100.00 |
| A.R. | $ 10,000.00 |
| A.D. | $ 10,000.00 |
| A.Y. | $ 100,000.00 |
| A.S. | $ 5,000.00 |
| A.B.C. | $ 144,300.00 |
| A.K. | $ 5,000.00 |
| A.D. | $ 3,201.00 |
| A.Z. | $ 15,000.00 |
| A.S. | $ 69,536.54 |
| A.B. | $ 64,000.00 |
| A.P. | $ 10,000.00 |
| A.B. | $ 22,000.00 |
| A.M. | $ 30,000.00 |
| A.S. | $ 16,000.00 |
| A.R.A. | $ 5,000.00 |
| A.F. | $ 10,000.00 |
| A.H. | $ 5,000.00 |
| A.M. | $ 4,568.85 |
| A.P.B. | $ 7,957.37 |
| A.D. | $ 139,000.00 |
| A.A. | $ 5,000.00 |
| A.A. | $ 10,000.00 |
| A.B. | $ 25,650.00 |
| A.T. | $ 5,000.00 |
| A.S. | $ 10,000.00 |
| A.S. | $ 26,497.00 |
| A.P.H. | $ 42,000.00 |
| A.S. | $ 20,000.00 |
| A.P. | $ 10,000.00 |
| A.L.D. | $ 16,300.00 |
| A.M. | $ 18,200.00 |
| A.L.B. | $ 10,831.00 |
| A.B. | $ 190,000.00 |
| A.P. | $ 30,000.00 |
| A.S.M. | $ 5,000.00 |
| A.W. | $ 10,000.00 |

| | | |
|------|---|---|
| A.B. | $ | 80,000.00 |
| A.M. | $ | 30,000.00 |
| A.S. | $ | 35,000.00 |
| A.M. | $ | 5,000.00 |
| A.A. | $ | 20,000.00 |
| A.F. | $ | 6,000.00 |
| A.Z. | $ | 27,094.70 |
| A.K. | $ | 10,000.00 |
| A.M. | $ | 8,500.00 |
| A.B. | $ | 58,413.97 |
| A.B. | $ | 5,000.00 |
| A.P. | $ | 2,261.06 |
| A.D. | $ | 10,000.00 |
| A.R.G. | $ | 1,500.00 |
| A.S. | $ | 1,000.00 |
| A.S. | $ | 15,021.43 |
| A.H. | $ | 83,700.00 |
| A.H. | $ | 31,124.00 |
| A.T. | $ | 50,000.00 |
| A.M. | $ | 3,585.00 |
| A.N.S. | $ | 400.00 |
| A.M. | $ | 259,387.53 |
| A.S. | $ | 30,000.00 |
| A.G. | $ | 58,254.57 |
| A.R. | $ | 10,552.00 |
| A.S. | $ | 5,000.00 |
| A.M. | $ | 41,953.00 |
| A.V.S.I. | $ | 78,200.00 |
| A.W. | $ | 10,000.00 |
| A.G. | $ | 3,000.00 |
| A.A. | $ | 15,000.00 |
| A.A. | $ | 92,429.51 |
| A.B. | $ | 5,000.00 |
| B.C. | $ | 50,000.00 |
| B.D.L. | $ | 9,500.00 |
| B.S. | $ | 15,000.00 |
| B.S. | $ | 3,185.00 |
| B.M. | $ | 10,000.00 |
| B.H. | $ | 10,000.00 |
| B.L. | $ | 30,000.00 |
| B.H.M. | $ | 1,000.00 |
| B.P. | $ | 30,000.00 |
| B.S. | $ | 5,000.00 |
| B.S.A. | $ | 10,000.00 |
| B.C. | $ | 10,000.00 |
| B.Z.K. | $ | 1,500.00 |
| B.Z.I. | $ | 5,000.00 |
| B.B. | $ | 10,000.00 |
| B.B. | $ | 55,000.00 |
| B.D. | $ | 65,000.00 |
| B.B. | $ | 30,658.39 |
| B.P. | $ | 10,000.00 |
| B.I. | $ | 45,000.00 |
| B.E. | $ | 58,600.33 |
| B.B. | $ | 13,000.00 |

| | | |
|---|---|---|
| B.C. | $ | 5,000.00 |
| B.M. | $ | 5,000.00 |
| B.B. and H.B. | $ | 10,000.00 |
| B.B. | $ | 5,000.00 |
| B.I. | $ | 19,200.00 |
| B.F. | $ | 10,000.00 |
| B.H. | $ | 6,000.00 |
| B.S. | $ | 10,030.00 |
| B.C. | $ | 44,930.00 |
| B.T. | $ | 10,000.00 |
| B.B.C. | $ | 101.44 |
| B.T. | $ | 15,000.00 |
| B.R.A. | $ | 142,963.97 |
| C.L. | $ | 35,792.00 |
| C.P. | $ | 18,000.00 |
| C.F. | $ | 770,000.00 |
| C.M. | $ | 15,000.00 |
| C.M. | $ | 18,786.00 |
| C.R.A. | $ | 22,014.43 |
| C.S. | $ | 6,000.00 |
| C.G.T. | $ | 5,000.00 |
| C.S.V. | $ | 6,546.96 |
| C.B. | $ | 5,000.00 |
| C.B. | $ | 2,000.00 |
| C.D. | $ | 30,000.00 |
| C.D.C | $ | 10,000.00 |
| C.S.V. | $ | 108,492.00 |
| C.S. | $ | 10,000.00 |
| C.R. | $ | 80,000.00 |
| C.D. | $ | 1,050.00 |
| C.J. | $ | 112,000.00 |
| C.B. | $ | 3,500.00 |
| C.P. | $ | 43,139.97 |
| C.M. | $ | 1,000.00 |
| A.C.Y. | $ | 5,208.00 |
| C.J. | $ | 9,676.00 |
| C.D. | $ | 5,000.00 |
| C.P. | $ | 17,500.00 |
| C.R.A. | $ | 26,960.00 |
| C.S. | $ | 10,000.00 |
| C.G.G. | $ | 46,700.00 |
| C.W.C. | $ | 91,000.00 |
| C.W.I. | $ | 21,372.14 |
| C.D. | $ | 613,000.00 |
| C.D.E. | $ | 195,800.00 |
| C.J. | $ | 6,453.96 |
| C.B. | $ | 5,000.00 |
| D.G.A. | $ | 20,000.00 |
| D.S.T.G. | $ | 10,000.00 |
| D.C. | $ | 6,000.00 |
| D.M. | $ | 20,000.00 |
| D.V. | $ | 19,888.70 |
| D.B. | $ | 9,345.00 |
| D.H.O.V. | $ | 11,743.00 |
| D.A. | $ | 5,000.00 |

| | | |
|---|---|---|
| D.N. | $ | 20,000.00 |
| D.G. | $ | 217,588.38 |
| D.B. | $ | 5,000.00 |
| D.R. | $ | 7,500.00 |
| D.B. | $ | 280,000.00 |
| D.L. | $ | 4,962.50 |
| D.R. | $ | 10,000.00 |
| D.S. | $ | 322,000.00 |
| D.S. | $ | 20,000.00 |
| D.W. | $ | 75,000.00 |
| D.L. | $ | 10,000.00 |
| D.G. | $ | 61,631.00 |
| D.S. | $ | 40,000.00 |
| D.K. | $ | 125,579.74 |
| D.O. | $ | 50,000.00 |
| D.A. | $ | 13,436.00 |
| D.N. | $ | 5,000.00 |
| D.B. | $ | 5,000.00 |
| D.R. | $ | 19,300.00 |
| D.S. | $ | 4,500.00 |
| D.B. | $ | 10,000.00 |
| D.S. | $ | 10,000.00 |
| D.B. | $ | 20,000.00 |
| D.C. | $ | 20,000.00 |
| D.D. | $ | 10,000.00 |
| D.P. | $ | 71,000.00 |
| D.R. | $ | 35,000.00 |
| D.G.O. | $ | 2,000.00 |
| D.K. | $ | 60,000.00 |
| D.W. | $ | 20,000.00 |
| D.Y. | $ | 10,000.00 |
| D.S. | $ | 15,000.00 |
| D.S. | $ | 30,000.00 |
| D.D. | $ | 53,000.00 |
| D.M. | $ | 20,000.00 |
| D.D. | $ | 10,000.00 |
| D.S. | $ | 5,000.00 |
| D.D. | $ | 69,550.00 |
| D.G. | $ | 10,000.00 |
| D.S. | $ | 3,000.00 |
| D.B. | $ | 8,000.00 |
| E.A. | $ | 10,400.00 |
| E.B. | $ | 10,000.00 |
| E.C.L. | $ | 1,941.00 |
| E.H.K. | $ | 5,523.00 |
| E.S. | $ | 10,000.00 |
| E.A.P. | $ | 800.00 |
| E.H. | $ | 15,000.00 |
| E.C. | $ | 16,500.00 |
| E.P. | $ | 14,000.00 |
| E.D. | $ | 5,000.00 |
| E.P. | $ | 19,000.00 |
| E.P. | $ | 4,000.00 |
| E.R. | $ | 275,000.00 |
| E.B. | $ | 5,000.00 |

| | | |
|---|---|---|
| E.P. | $ | 2,000.00 |
| E.E. | $ | 8,500.00 |
| E.K. | $ | 40,000.00 |
| E.B. | $ | 10,000.00 |
| E.A. | $ | 10,000.00 |
| E.R. | $ | 1,000.00 |
| E.A. | $ | 10,000.00 |
| E.L. | $ | 25,000.00 |
| E.G. | $ | 5,000.00 |
| F.A.D. | $ | 11,070.00 |
| F.W. | $ | 5,000.00 |
| F.Y. | $ | 10,000.00 |
| F.O. | $ | 7,626.96 |
| F.K. | $ | 10,000.00 |
| F.S. | $ | 10,000.00 |
| F.O | $ | 5,000.00 |
| F.M. | $ | 1,952.00 |
| F.H. | $ | 5,000.00 |
| F.R. | $ | 67,500.00 |
| F.Y. | $ | 13,573.00 |
| F.Y. | $ | 15,000.00 |
| F.R | $ | 8,990.00 |
| F.D. | $ | 95,000.00 |
| F.R. | $ | 5,000.00 |
| F.W.M. | $ | 96,049.00 |
| G.P. | $ | 40,000.00 |
| G.V.C. | $ | 9,745.00 |
| G.B. | $ | 10,000.00 |
| G.P. | $ | 20,000.00 |
| G.D. | $ | 10,000.00 |
| G.R and F.R. | $ | 30,306.68 |
| G.A. | $ | 40,000.00 |
| G.D.J. | $ | 10,000.00 |
| G.O. | $ | 197,600.00 |
| G.H. | $ | 15,000.00 |
| G.A.A. | $ | 15,000.00 |
| G.B. | $ | 13,000.00 |
| G.M. | $ | 20,000.00 |
| G.E.B. | $ | 3,836.37 |
| G.M. | $ | 3,550.00 |
| G.P. | $ | 9,000.00 |
| G.S. | $ | 70,213.10 |
| G.E. | $ | 55,500.00 |
| G.N. | $ | 23,500.00 |
| G.B. | $ | 10,000.00 |
| G.K. | $ | 37,122.47 |
| G. | $ | 5,000.00 |
| G.S. | $ | 10,000.00 |
| H.N. | $ | 107.41 |
| H.M. | $ | 30,000.00 |
| H.R.G. | $ | 10,000.00 |
| H.S. | $ | 10,000.00 |
| H.G. | $ | 8,000.00 |
| H.P.P. | $ | 4,800.00 |
| H.D. | $ | 18,000.00 |

| | | |
|---|---|---|
| H.S. | $ | 5,000.00 |
| H.S. | $ | 9,468.00 |
| H.R. | $ | 18,940.00 |
| H.L. | $ | 2,800.00 |
| H.L. | $ | 32,991.03 |
| H.B. | $ | 5,000.00 |
| H.B. | $ | 50,000.00 |
| H.P. | $ | 125,000.00 |
| H.N.N. | $ | 10,000.00 |
| H.M. | $ | 4,500.00 |
| I.A. | $ | 29,000.00 |
| I.G. | $ | 3,100.00 |
| I.K. | $ | 15,000.00 |
| I.T. | $ | 7,122.00 |
| I.B. | $ | 20,000.00 |
| I.M. | $ | 125,000.00 |
| I.S. | $ | 10,000.00 |
| I.P. | $ | 45,000.00 |
| I.B. | $ | 32,690.00 |
| I.Y. | $ | 10,000.00 |
| I.F. | $ | 10,000.00 |
| I.R. | $ | 20,200.00 |
| I.P. | $ | 40,000.00 |
| J.R. | $ | 5,000.00 |
| J.B.S. | $ | 10,000.00 |
| J.R. | $ | 5,000.00 |
| J.K. | $ | 88,337.28 |
| J.G. | $ | 9,400.00 |
| J.P. | $ | 10,000.00 |
| J.E.B. | $ | 3,431.37 |
| J.N. | $ | 10,000.00 |
| J.C. | $ | 35,000.00 |
| J.K. | $ | 208,506.37 |
| J.M. | $ | 15,000.00 |
| J.R. | $ | 10,000.00 |
| J.H. | $ | 70,500.00 |
| J.K. | $ | 10,000.00 |
| J.G. | $ | 8,200.00 |
| J.H. | $ | 5,000.00 |
| J.J. | $ | 39,120.00 |
| J.S. | $ | 5,000.00 |
| J.S. | $ | 4,000.00 |
| J.B. | $ | 140,799.00 |
| J.D.I. | $ | 10,000.00 |
| J.P. | $ | 10,000.00 |
| J.J.D. | $ | 15,080.00 |
| J.J. | $ | 15,500.00 |
| J.C. | $ | 12,745.14 |
| J.P. | $ | 30,172.74 |
| J.F. and M.F. | $ | 2,000.00 |
| J.B. | $ | 15,000.00 |
| J.F. | $ | 4,400.00 |
| J.S. | $ | 40,000.00 |
| J.C. | $ | 80,000.00 |
| J.B. | $ | 39,595.00 |

| | |
|---|---|
| J.B. | $ 5,000.00 |
| J.S. | $ 30,000.00 |
| J.D. | $ 11,000.00 |
| J.O. | $ 410,000.00 |
| J.T. | $ 5,000.00 |
| J.W.A. | $ 100,000.00 |
| J.W. | $ 100,000.00 |
| J.L. | $ 10,000.00 |
| J.H. | $ 51,000.00 |
| J.J. | $ 6,000.00 |
| J.F. | $ 38,802.89 |
| J.F.D. | $ 50,000.00 |
| J.P.D.L.C. | $ 36,583.00 |
| J.T.D. | $ 17,000.00 |
| J.G. | $ 28,475.00 |
| J.B. | $ 6,000.00 |
| J.V. | $ 11,100.00 |
| J.G. | $ 65,040.00 |
| J.B. | $ 10,000.00 |
| J.I. | $ 25,000.00 |
| J.B. | $ 12,400.00 |
| K.S. | $ 14,000.00 |
| K.B. | $ 55,400.00 |
| K.N. | $ 14,773.43 |
| K.B. | $ 13,600.00 |
| K.A. | $ 5,000.00 |
| K.L. | $ 19,000.00 |
| K.W. | $ 7,400.00 |
| K.P. | $ 24,000.00 |
| K.B. | $ 47,000.00 |
| K.P. | $ 10,000.00 |
| K.A. | $ 155,000.00 |
| K.M. | $ 10,000.00 |
| K.R.R. | $ 1,449,289.64 |
| K.S. | $ 3,000.00 |
| K.P. | $ 7,500.00 |
| K.P. | $ 5,500.00 |
| K.G. | $ 361,000.00 |
| K.J. | $ 5,000.00 |
| K.P.A. | $ 5,000.00 |
| K.T. | $ 35,000.00 |
| K.L. | $ 3,500.00 |
| L.J. | $ 11,540.00 |
| L.C. | $ 20,000.00 |
| L.H. | $ 125,000.00 |
| L.O. | $ 11,200.00 |
| L.A. | $ 3,460.00 |
| L.M. | $ 30,000.00 |
| L.I.2. | $ 794,829.00 |
| L.S. | $ 66,943.00 |
| L.D.S. | $ 39,900.00 |
| L.A. | $ 14,496.00 |
| L.S. | $ 25,000.00 |
| L.A. | $ 15,000.00 |
| L.A. | $ 13,000.00 |

| | |
|---|---|
| L.R. | $ 10,000.00 |
| L.G. | $ 15,000.00 |
| L.M.O. | $ 3,000.00 |
| L.W. | $ 5,000.00 |
| L.B. | $ 15,000.00 |
| L.D. | $ 123,975.77 |
| L.N.I.P. | $ 213,088.00 |
| L. | $ 118,451.71 |
| L.C.D. | $ 12,800.00 |
| L.S. | $ 14,000.00 |
| L.S. | $ 4,730.00 |
| L.C. | $ 7,000.00 |
| L.A.G.G. | $ 13,385.00 |
| L.C. | $ 40,000.00 |
| L.E. | $ 17,500.00 |
| L.Y. | $ 15,000.00 |
| L.B. | $ 10,920.00 |
| L.B. | $ 80,000.00 |
| L.H. | $ 20,000.00 |
| L.B. | $ 50,000.00 |
| L.M. | $ 17,000.00 |
| L.V. | $ 10,000.00 |
| M.I.E. | $ 1,500.00 |
| M.A. | $ 10,000.00 |
| M.B. | $ 1,500.00 |
| M.B. | $ 13,100.00 |
| M.R. | $ 2,130.00 |
| M.D. | $ 6,600.00 |
| M.S. | $ 10,000.00 |
| M.G. | $ 11,000.00 |
| M.A. | $ 10,000.00 |
| M.A. | $ 10,000.00 |
| M.K. | $ 10,000.00 |
| M.G. | $ 8,900.00 |
| M.M. | $ 19,500.00 |
| M.B. | $ 52,500.00 |
| M.J. | $ 18,000.00 |
| M.M. | $ 15,000.00 |
| M.J. | $ 223,000.00 |
| M.R. | $ 10,000.00 |
| M.A.V. | $ 34,300.00 |
| M.D.S. | $ 99,904.00 |
| M.M. | $ 5,000.00 |
| M.A. | $ 10,000.00 |
| M.F. | $ 51,000.00 |
| M.J.M.S. | $ 7,700.00 |
| M.M. | $ 10,000.00 |
| M.R.M.A | $ 5,000.00 |
| M.P. | $ 16,800.00 |
| M.C. | $ 20,000.00 |
| M.F. | $ 5,000.00 |
| M.C. | $ 5,000.00 |
| M.S. | $ 28,600.00 |
| M.V. | $ 15,000.00 |
| M.B. | $ 62,602.44 |

| | | |
|---|---|---|
| M.G. | $ | 5,000.00 |
| M.N.C. | $ | 10,000.00 |
| M.S. | $ | 260,000.00 |
| M.A.I. | $ | 35,000.00 |
| M.W. | $ | 3,666.00 |
| M.R. | $ | 5,000.00 |
| M.R. | $ | 5,000.00 |
| M.P. | $ | 15,000.00 |
| M.N.T. | $ | 90,000.00 |
| M.S. | $ | 36,000.00 |
| M.R. | $ | 15,000.00 |
| M.R. | $ | 15,000.00 |
| M.S. | $ | 10,000.00 |
| M.A. | $ | 10,000.00 |
| M.M. | $ | 19,000.00 |
| M.O. | $ | 1,000.00 |
| M.P. | $ | 40,000.00 |
| M.S. | $ | 9,100.00 |
| M.T. | $ | 80,727.91 |
| M.L. | $ | 3,000.00 |
| M.S. | $ | 10,000.00 |
| M.H. | $ | 10,000.00 |
| M.P. | $ | 10,000.00 |
| M.T. | $ | 25,000.00 |
| M.P. | $ | 100,000.00 |
| M.K.B. | $ | 5,000.00 |
| M.A. | $ | 13,000.00 |
| M.A. | $ | 3,000.36 |
| M.B. | $ | 20,000.00 |
| M.B. | $ | 10,000.00 |
| M.B. | $ | 9,000.00 |
| M.I.Y. | $ | 75,000.00 |
| M.Y. | $ | 3,000.00 |
| M.A. | $ | 5,000.00 |
| M.C. | $ | 5,000.00 |
| M.E.M. | $ | 5,000.00 |
| M.L. | $ | 6,160.00 |
| M.F. and V.F. | $ | 5,000.00 |
| M.C. | $ | 20,000.00 |
| M.P. | $ | 10,000.00 |
| M.C. | $ | 91,643.88 |
| M.M. | $ | 10,000.00 |
| M.P. | $ | 10,000.00 |
| M.S and S.S. | $ | 13,000.00 |
| M.F. | $ | 40,000.00 |
| M.S.R.I.I. | $ | 100,500.00 |
| M.P. | $ | 10,000.00 |
| N.A. | $ | 10,000.00 |
| N.A. | $ | 9,500.00 |
| N.L. | $ | 87,531.40 |
| N.S. | $ | 10,000.00 |
| N.L. | $ | 9,860.00 |
| N.A. | $ | 10,000.00 |
| N.F. | $ | 10,000.00 |
| N.G. | $ | 24,000.00 |

| | | |
|---|---|---|
| N.M. | $ | 8,225.00 |
| N.R. | $ | 10,000.00 |
| N.C. | $ | 22,790.57 |
| N.P. | $ | 50,000.00 |
| N.L. | $ | 31,522.56 |
| N.R. | $ | 20,000.00 |
| N.P. | $ | 50,000.00 |
| N.L. | $ | 3,150.00 |
| N.M. | $ | 5,400.00 |
| N.P. | $ | 16,000.00 |
| N.O. | $ | 5,000.00 |
| N.S. | $ | 5,000.00 |
| N.G. | $ | 7,200.00 |
| N.P. | $ | 5,000.00 |
| N.C. | $ | 9,650.00 |
| N.B. | $ | 12,000.00 |
| N.B. | $ | 5,000.00 |
| N.D. | $ | 14,000.00 |
| N.E. | $ | 47,134.00 |
| N.M. | $ | 85,000.00 |
| N.W. | $ | 72,312.14 |
| N.O. | $ | 30,000.00 |
| N.A. | $ | 15,000.00 |
| N.K. | $ | 9,440.00 |
| N.R. | $ | 5,000.00 |
| N.A. | $ | 10,000.00 |
| N.J. | $ | 20,000.00 |
| N.P. | $ | 10,000.00 |
| N.W. | $ | 5,000.00 |
| O.L. | $ | 10,000.00 |
| O.O. | $ | 36,000.00 |
| O.I. | $ | 5,000.00 |
| O.R. | $ | 10,000.00 |
| O.C. | $ | 20,520.00 |
| O.J. | $ | 162,200.00 |
| O.A. | $ | 55,000.00 |
| O.J. | $ | 30,000.00 |
| P.B. | $ | 13,000.00 |
| P.F. | $ | 30,000.00 |
| P.S. | $ | 20,000.00 |
| P.B. | $ | 5,504.59 |
| P.J. | $ | 67,590.00 |
| P.H. | $ | 700.00 |
| P.H. | $ | 25,000.00 |
| P.B. | $ | 2,000.00 |
| P.S. | $ | 10,000.00 |
| P.L. | $ | 9,965.00 |
| P.M. | $ | 20,000.00 |
| P.T.A. | $ | 5,000.00 |
| P.B. | $ | 34,000.00 |
| P.P. | $ | 70,000.00 |
| P.Y. | $ | 20,000.00 |
| P.Z. | $ | 10,000.00 |
| P.H. | $ | 23,650.00 |
| P.O. | $ | 88,300.00 |

| | | |
|---|---|---|
| P.S. | $ | 194,000.00 |
| P.G. | $ | 10,000.00 |
| P.K. | $ | 4,714.00 |
| P.Y. | $ | 10,000.00 |
| P.B. | $ | 50,000.00 |
| P.D. | $ | 10,000.00 |
| P.P. | $ | 30,000.00 |
| P.B. | $ | 2,000.00 |
| P.R. | $ | 13,076.72 |
| P.R. | $ | 40,000.00 |
| P.B. | $ | 120,000.00 |
| P.D.S. | $ | 10,000.00 |
| P.K. | $ | 5,000.00 |
| P.P. | $ | 10,000.00 |
| R.B. | $ | 10,000.00 |
| R.K. | $ | 15,000.00 |
| R.M. | $ | 10,000.00 |
| R.P. | $ | 19,750.00 |
| R.K. | $ | 382,012.00 |
| R.P. | $ | 10,000.00 |
| R.C. | $ | 13,000.00 |
| R.D. | $ | 10,000.00 |
| R.C. | $ | 5,000.00 |
| R.H. | $ | 15,000.00 |
| R.R. | $ | 4,969.00 |
| R.R. | $ | 10,000.00 |
| R.S.P. | $ | 5,000.00 |
| R.R. | $ | 10,000.00 |
| R.B. | $ | 811,000.00 |
| R.S.L. and Z.Y. | $ | 24,967.72 |
| R.C. | $ | 12,000.00 |
| R.B. | $ | 10,000.00 |
| R.W. | $ | 114,234.34 |
| R.A. | $ | 10,000.00 |
| R.F. | $ | 40,000.00 |
| R.N. | $ | 1,588.00 |
| R.M. | $ | 52,000.00 |
| R8 | $ | 20,000.00 |
| R.R. | $ | 1,491.69 |
| R.C. | $ | 33,200.00 |
| R.J. | $ | 50,000.00 |
| R.P. | $ | 30,200.00 |
| R.T. | $ | 5,000.00 |
| R.A. | $ | 10,000.00 |
| R.B. | $ | 104,000.00 |
| R.M. | $ | 33,000.00 |
| R.P. | $ | 9,000.00 |
| R.C.Y. | $ | 5,000.00 |
| R.B. | $ | 27,904.00 |
| R.M. | $ | 24,535.00 |
| R.A.B.C. | $ | 3,592.00 |
| R.S. | $ | 10,000.00 |
| R.A. | $ | 76,000.00 |
| R.Z. | $ | 160,000.00 |
| R.S. | $ | 15,000.00 |

| | | |
|---|---|---|
| R.L. | $ | 5,000.00 |
| R.J. | $ | 45,000.00 |
| R.H. | $ | 5,000.00 |
| R.B. | $ | 1,520.00 |
| R.V. | $ | 5,000.00 |
| R.M. | $ | 5,000.00 |
| R.B. | $ | 12,000.00 |
| R.T. | $ | 10,000.00 |
| R.Z. | $ | 10,000.00 |
| R.Z. | $ | 50,000.00 |
| R.A. | $ | 10,250.00 |
| R.N.G. | $ | 100.00 |
| R.S. | $ | 5,000.00 |
| S.B. | $ | 8,500.00 |
| S.D. | $ | 43,000.00 |
| S.M. | $ | 3,204.93 |
| S.P. | $ | 10,000.00 |
| S.T. | $ | 40,000.00 |
| S.F. | $ | 50,000.00 |
| S.S. | $ | 68,500.00 |
| S.M. | $ | 15,000.00 |
| S.B. | $ | 12,000.00 |
| S.A. | $ | 1,336.00 |
| S.M. | $ | 5,000.00 |
| S.M. | $ | 26,000.00 |
| S.I. | $ | 524,000.00 |
| S.S. | $ | 10,000.00 |
| S.C. | $ | 5,000.00 |
| S.S. | $ | 2,600.00 |
| S.I. | $ | 25,000.00 |
| S.R. | $ | 20,000.00 |
| S.W. | $ | 28,000.00 |
| S.D. | $ | 5,000.00 |
| S.S. | $ | 10,000.00 |
| S.H. and D.K. | $ | 10,000.00 |
| S.L. | $ | 66,000.00 |
| S.R. | $ | 20,000.00 |
| S.S. | $ | 9,216.67 |
| S.K. | $ | 30,000.00 |
| S.B. | $ | 20,000.00 |
| S.J. | $ | 10,000.00 |
| S.D. | $ | 5,000.00 |
| S.D. | $ | 1,600.00 |
| S.D. | $ | 5,000.00 |
| S.B. | $ | 10,000.00 |
| S.E. | $ | 84,044.00 |
| S.H. | $ | 150,000.00 |
| S.E. | $ | 9,000.00 |
| S.V. | $ | 14,000.00 |
| S.A. | $ | 5,000.00 |
| S.P. | $ | 5,000.00 |
| S.A. | $ | 72,000.00 |
| S.D. | $ | 5,000.00 |
| S.E. | $ | 10,000.00 |
| S.A.A | $ | 5,000.00 |

| | | |
|---|---|---:|
| S.H. | $ | 5,000.00 |
| S.A. | $ | 10,000.00 |
| S.I. | $ | 3,000.00 |
| S.S. | $ | 10,000.00 |
| S.V. | $ | 193,000.00 |
| S.S. | $ | 17,353.00 |
| S.K. | $ | 28,000.00 |
| S.O. | $ | 20,000.00 |
| S.S. | $ | 4,500.00 |
| S.S. | $ | 10,000.00 |
| S.B. | $ | 34,000.00 |
| S.A. | $ | 17,520.00 |
| S.S. | $ | 23,000.00 |
| S.T. | $ | 35,000.00 |
| S.N.L. | $ | 74,050.00 |
| S.K. | $ | 37,557.00 |
| S.E.C.C. | $ | 3,820.28 |
| S.S. | $ | 9,335.51 |
| S.C. | $ | 10,000.00 |
| S.T. | $ | 6,000.00 |
| S.A.I. | $ | 25,000.00 |
| S.B. | $ | 5,000.00 |
| S.W. | $ | 1,000.00 |
| S.V. | $ | 49,800.00 |
| S.B. | $ | 15,000.00 |
| S.J. | $ | 79,000.00 |
| S.S. | $ | 114.07 |
| S.F. and M.F. | $ | 2,000.00 |
| S.C. | $ | 21,344.69 |
| S.C. | $ | 10,000.00 |
| S.T. | $ | 20,000.00 |
| S.H.H.S. | $ | 12,945.00 |
| S.B. | $ | 20,000.00 |
| S.K. | $ | 60,290.74 |
| S.B. | $ | 11,000.00 |
| S.S. | $ | 9,300.00 |
| S.K. | $ | 15,093.22 |
| S.M. | $ | 10,000.00 |
| S.R. | $ | 10,000.00 |
| S.I. | $ | 20,000.00 |
| S.P. | $ | 30,000.00 |
| S.C. | $ | 9,502.00 |
| S.P. | $ | 10,000.00 |
| T.L. | $ | 28,250.00 |
| T.H. | $ | 12,000.00 |
| T.H. | $ | 10,000.00 |
| T.A. | $ | 5,000.00 |
| T.L. | $ | 10,000.00 |
| T.D.S. | $ | 80,000.00 |
| T.K. | $ | 72,000.00 |
| T.V. | $ | 10,000.00 |
| T.P. | $ | 5,000.00 |
| T.S. | $ | 5,000.00 |
| T.H. | $ | 10,000.00 |
| T.J. | $ | 5,000.00 |

| | | |
|---|---|---|
| T.P. | $ | 3,500.00 |
| T.M. | $ | 99,128.64 |
| T.K. | $ | 40,370.61 |
| T.P. | $ | 58,217.56 |
| T.R. | $ | 10,000.00 |
| T.S. | $ | 210,000.00 |
| T.A. | $ | 8,200.00 |
| T.B. | $ | 10,000.00 |
| T.R. | $ | 81,500.00 |
| T.G. | $ | 112,000.00 |
| T.H. | $ | 10,000.00 |
| T.B. | $ | 10,000.00 |
| T.M. | $ | 10,000.00 |
| T.D. | $ | 50,000.00 |
| T.M. | $ | 16,536.00 |
| T.D. | $ | 11,000.00 |
| T.D. | $ | 10,443.12 |
| T.N.E. | $ | 60,000.00 |
| U.N. | $ | 15,000.00 |
| U.V. | $ | 42,200.00 |
| U.R. | $ | 27,000.00 |
| V.G. | $ | 36,200.25 |
| V.M. | $ | 8,000.00 |
| V.N. | $ | 70,000.00 |
| V.Z. | $ | 19,700.00 |
| V.R. | $ | 20,000.00 |
| V.M. | $ | 10,000.00 |
| V.R. | $ | 5,000.00 |
| V.C. | $ | 8,000.00 |
| V.D. | $ | 2,509.00 |
| V.S. | $ | 65,000.00 |
| V.R. | $ | 5,000.00 |
| V.A.B.C. | $ | 902.00 |
| V.G. | $ | 12,988.00 |
| V.B. | $ | 5,000.00 |
| V.D. | $ | 12,100.00 |
| V.S. | $ | 15,885.96 |
| V.E. | $ | 50,000.00 |
| V.T. | $ | 5,000.00 |
| V.R. | $ | 20,000.00 |
| V.G. | $ | 14,000.00 |
| V.F. | $ | 5,000.00 |
| V.J. | $ | 10,000.00 |
| V.R. | $ | 10,000.00 |
| V.M. | $ | 111,575.00 |
| V.A. | $ | 5,000.00 |
| V.T. | $ | 10,000.00 |
| V.O. | $ | 10,000.00 |
| V.K. | $ | 20,000.00 |
| V.M. | $ | 400.00 |
| V.V. | $ | 35,000.00 |
| V.H. | $ | 20,000.00 |
| V.R. | $ | 10,000.00 |
| W.C.W. | $ | 5,000.00 |
| W.E.H. | $ | 7,000.00 |

| | | |
|---|---|---|
| W.A. | $ | 5,000.00 |
| W.B. | $ | 33,170.00 |
| W.J. | $ | 4,200.00 |
| W.W. | $ | 10,000.00 |
| W.B. | $ | 8,000.00 |
| W.W. | $ | 5,000.00 |
| W.F. | $ | 20,000.00 |
| W.W. | $ | 70,000.00 |
| W.W. | $ | 275,000.00 |
| W.C. | $ | 15,000.00 |
| W.P. | $ | 70,000.00 |
| Y.J. | $ | 10,000.00 |
| Y.B. | $ | 10,000.00 |
| Y.B. | $ | 3,000.00 |
| Y.M. | $ | 10,000.00 |
| Y.B. | $ | 60,000.00 |
| Y.K. | $ | 20,000.00 |
| Y.M. | $ | 13,000.00 |
| Y.L. | $ | 10,000.00 |
| Y.K.P. | $ | 80,000.00 |
| Y.E. | $ | 12,228.00 |
| Z.Y. | $ | 5,000.00 |
| Z.M. | $ | 39,035.00 |
| Z.A. | $ | 39,480.00 |
| Z.M. | $ | 10,000.00 |