# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                              Case No. 6:20-cr-165-CEM-RMN

**AVINASH SINGH**

### UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET

The United States moves this Court for entry of a Final Order of Forfeiture for approximately $19,705.87 in U.S. currency seized from the defendant by authorities in Belize, as a substitute asset in partial satisfaction of the $57 million Order of Forfeiture. In support thereof, the United States submits the following.

### MEMORANDUM OF LAW

**I.   Procedural History**

1. On May 28, 2024, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court entered a $57 million Order of Forfeiture. Doc. 68.

2. On June 10, 2024, the Court entered an amended preliminary order of forfeiture for approximately $19,705.87 in U.S. currency seized from the defendant by authorities in Belize as a substitute asset in partial satisfaction of the defendant's $57 million order of forfeiture. Doc. 72.

3. In accordance with the provisions of 21 U.S.C. § 853(n), the United States also published notice of the forfeiture, and of the intent to dispose of the asset on the official government website, www.forfeiture.gov, beginning on June 18, 2024,

continuing through July 17, 2024. Doc. 79. The publication gave notice to all third parties with a legal interest in the property to file with the Office of the Clerk–United States District Court, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801–a petition to adjudicate their interests within 60 days of the first date of publication.

4. To date, no third party has filed a Petition to Adjudicate Interest in the asset, and the time for filing such Petitions has expired.

5. Consequently, the United States now seeks a final order of forfeiture for the asset.

### III. Applicable Law

When all third-party petitions have been adjudicated, or if no petitions are filed, it is appropriate to enter a final order of forfeiture in accordance with Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure. In addition, 21 U.S.C. § 853(n)(7) provides that following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7).

As required by section 853(n), the United States published notice of the forfeitures, and of its intent to dispose of the asset on the official government website, www.forfeiture.gov. Doc. 79. Pursuant to Rule 32.2(b)(6)(C), publication must take place as described in Supplemental Rule G(4)(a)(iii) of the Federal Rules of Civil

Procedure by any means described in Rule G(4)(a)(iv), which authorizes publication by internet.

The internet publication notified all who might have an interest in the asset of the United States' intent to dispose of such property and provided instructions on filing a petition to adjudicate an interest in the property. In accordance with the above-referenced provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court. Here, the first date of internet publication on www.forfeiture.gov was June 18, 2024. Thus, the final date for filing a petition to adjudicate an interest in the property was on August 19, 2024, and the time for filing such petitions has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Order of Forfeiture for the asset.

**IV.   Conclusion**

WHEREFORE, the United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, this Court enter a final order, forfeiting to the United States all right, title and interest in approximately $19,705.87 in U.S. currency seized from the defendant by authorities in Belize, for disposition according to law, and vesting clear title to said property in the United States.

The net proceeds from the forfeiture of the asset will be credited towards the satisfaction of the defendant's order of forfeiture.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/ Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
Florida Bar No. 0820601
400 West Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7560
Facsimile: (407) 648-7643
E-Mail: Nicole.Andrejko@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/ Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney