# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                   Case No. 6:20-cr-165-CEM-RMN

**AVINASH SINGH**

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE FOR DIRECT ASSET

The United States moves this Court for entry of a Final Order of Forfeiture for the following property:

> The real property located at 4925 Cypress Hammock Drive, St. Cloud, Florida 34771, titled in the name of Avinash Singh and Shanaz Singh, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 155, East Lake Park Phase 3-5, according to the map or plat thereof as recorded in Plat Book 20, Page 64, Public Records of Osceola County, Florida.
>
> Property Identification Number: 17-25-31-3164-0001-1550.

("Cypress Hammock Drive property"). In support thereof, the United States submits the following.

## MEMORANDUM OF LAW

### I. Procedural History

1. On May 28, 2024, the Court entered a preliminary order of forfeiture for the Cypress Hammock Drive property. Doc. 68.

II. **Notice to Parties with Potential Interest in the Property**

    A. **Known Parties with an Interest in the Property**

    2.    The only parties with a known interest in the Cypress Hammock Drive property are the Osceola County Tax Collector, Shanaz Singh, Rocket Mortgage, and East Lake Park Homeowners Association, Inc.

    3.    As discussed below, pursuant to 21 U.S.C. § 853(n), the United States properly noticed the above-identified parties of these proceedings, via U.S. first-class mail and Federal Express. The notice package included a Notice of Forfeiture, an Acknowledgment of Receipt of Notice of Forfeiture, the Order of Forfeiture and Preliminary Order of Forfeiture for Direct Asset, and a self-addressed, stamped envelope.

        *A.*    *The Osceola County Tax Collector*

    4.    The Osceola County Tax Collector received the notice package as evidenced by the Federal Express (tracking number 7766 9460 2985) delivery notification, which was June 5, 2024. *See* Attachment A. Although the Osceola County Tax Collector did not file a Verified Claim for its interest in the Cypress Hammock Drive, the United States will recognize the interest, if any, of the Osceola County Tax Collector in the property. Specifically, the United States agrees that, from the proceeds of the sale of the Cypress Hammock Drive property (to the extent that there are sufficient proceeds after the payment of government expenses relating to seizure, maintenance, custody, and disposal of the property), the United States

will pay any and all *ad valorem* real property taxes and *non-ad valorem* assessments due and owing the Osceola County Tax Collector up to the date of entry of the final order of forfeiture as a priority lien under Florida law.

        B.    *Shanaz Singh*

5.    Shanaz Singh also received notice of these proceedings as evidenced by her Petition for Adjudication of Interest in Property. Doc. 75. However, Mrs. Singh subsequently filed a Withdrawal of Petition for Adjudication of Interest in Property. Doc. 77. On July 18, 2024, the Court granted Mrs. Singh's withdrawal. Doc. 78.

        C.    *Rocket Mortgage*

6.    Rocket Mortgage received notice of these proceedings as evidenced by the Federal Express (tracking number 7766 9496 6219) delivery notification, which was June 5, 2024. *See* Attachment B. The United States and Rocket Mortgage entered into a Settlement Agreement. *See* Attachment C. Specifically, the United States agreed that, from the proceeds of the sale of the Cypress Hammock Drive property (to the extent that there are sufficient proceeds after the payment of government expenses relating to seizure, maintenance, custody, and disposal of the property), the United States will pay Rocket Mortgage the unpaid principal, interest, and other fees due under the Mortgage. *Id.*

        D.    *East Lake Park Homeowners Association, Inc.*

7.    East Lake Park Homeowners Association, Inc. received notice of these proceedings as evidenced by the Federal Express (tracking number 7766 9468 5710)

as evidenced by the delivery notification, which was June 5, 2024. *See* Attachment D. Although the East Lake Park Homeowners Association, Inc. did not file a Verified Claim for its interest in the Cypress Hammock Drive property, the United States will recognize the interest, if any, of the East Lake Park Homeowners Association, Inc. in the property. Specifically, the United States agrees that, from the proceeds of the sale of the Cypress Hammock Drive property (to the extent that there are sufficient proceeds after the payment of government expenses relating to seizure, maintenance, custody, and disposal of the property), the United States will pay any and all assessments and interest due and owing the East Lake Park Homeowners Association, Inc. up to the date of entry of the final order of forfeiture.

      **B.**      **Unknown Parties with a Potential Interest in the Property**

      8.      In accordance with the provisions of 21 U.S.C. § 853(n), the United States also published notice of the forfeiture, and of the intent to dispose of the Cypress Hammock Drive property on the official government website, www.forfeiture.gov, beginning on May 29, 2024, continuing through June 24, 2024. Doc. 74. The publication gave notice to all third parties with a legal interest in the Cypress Hammock Drive property to file with the Office of the Clerk–United States District Court, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801–a petition to adjudicate their interests within 60 days of the first date of publication.

      9.      To date, no other third party has filed a Petition to Adjudicate Interest in the Cypress Hammock Drive property, and the time for filing such Petitions has

expired.

10.     Consequently, the United States now seeks a final order of forfeiture for the Cypress Hammock Drive property.

### III.    Applicable Law

When all third-party petitions have been adjudicated, or if no petitions are filed, it is appropriate to enter a final order of forfeiture in accordance with Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure. In addition, 21 U.S.C. § 853(n)(7) provides that following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7).

As required by section 853(n), the United States published notice of the forfeitures, and of its intent to dispose of the Cypress Hammock Drive property on the official government website, www.forfeiture.gov. Doc. 74. Pursuant to Rule 32.2(b)(6)(C), publication must take place as described in Supplemental Rule G(4)(a)(iii) of the Federal Rules of Civil Procedure by any means described in Rule G(4)(a)(iv), which authorizes publication by internet.

The internet publication notified all who might have an interest in the Cypress Hammock Drive property of the United States' intent to dispose of such property and provided instructions on filing a petition to adjudicate an interest in the property. In accordance with the above-referenced provisions, a person or entity had 60 days

5

from the first date of publication to file a petition with the District Court. Here, the first date of internet publication on www.forfeiture.gov was May 29, 2024. Thus, the final date for filing a petition to adjudicate an interest in the property was on July 28, 2024, and the time for filing such petitions has expired. As discussed above, the Osceola County Tax Collector, Rocket Mortgage, and the East Lake Park Homeowners Association, Inc. (whose interests have been addressed), and Shanaz Singh (whose interest was withdrawn), are the only parties know to have any interest in the Cypress Hammock Drive property.

Publication having been completed, and the only claims or petitions to adjudicate an interest having been addressed, it is now appropriate to enter a final order of forfeiture for the Cypress Hammock Drive property.

### IV. Conclusion

WHEREFORE, the United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7), Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, this Court enter a final order, forfeiting to the United States all right, title and interest in the Cypress Hammock Drive property, for disposition according to law, and vesting clear title to said property in the United States, subject to the terms of the Stipulated Settlement Agreement with Rocket Mortgage, any *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Osceola County Tax Collector, and any assessments due and owing to the East Lake Park Homeowners Association, Inc. relating to the Cypress Hammock Drive property.

The net proceeds from the forfeiture of the Cypress Hammock Drive property will be credited towards the satisfaction of the defendant's order of forfeiture.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/ Nicole M. Andrejko*
    NICOLE M. ANDREJKO
    Assistant United States Attorney
    Florida Bar No. 0820601
    400 West Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7560
    Facsimile: (407) 648-7643
    E-Mail: Nicole.Andrejko@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

    *s/ Nicole M. Andrejko*
    NICOLE M. ANDREJKO
    Assistant United States Attorney