UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

        **Plaintiff,**

v.                                                                  Case No: 6:20-cr-165-CEM-RMN

**AVINASH SINGH**

        **Defendant.**
_____/

**FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE is before the Court on the filing of the United States' Motion for Final Order of Forfeiture for Substitute Asset ("Motion," Doc. 100) in the amount of $19,705.87 in U.S. currency, as a substitute asset in partial satisfaction of the $57 million Order of Forfeiture (Doc. 68).

The Court finds that in accordance with 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), the United States published notices of the forfeiture and of its intent to dispose of the currency on the official government website, www.forfeiture.gov, from June 18, 2024, continuing through July 17, 2024 (Doc. 79). The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801, a petition to adjudicate their

interests within sixty days of the first date of publication. No third party has filed a petition or claimed an interest in the currency, and the time for filing such petition has expired.

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the Motion (Doc. 100) is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the currency is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the currency is now vested in the United States. The net proceeds from the forfeiture of the currency will be credited towards the satisfaction of the defendant's order of forfeiture.

**DONE AND ORDERED** in Orlando, Florida, on December 18, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record