UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

        **Plaintiff,**

v.                                    **Case No: 6:20-cr-165-CEM-RMN**

**AVINASH SINGH**

        **Defendant.**
_____/

**FINAL ORDER OF FORFEITURE FOR DIRECT ASSET**

THIS CAUSE is before the Court on the filing of the United States' Motion for Final Order of Forfeiture for Direct Asset ("Motion," Doc. 101) for the following property:

> Real property located at 4925 Cypress Hammock Drive, St. Cloud, Florida 34771, titled in the name of Avinash Singh and Shanaz Singh, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 155, East Lake Park Phase 3-5, according to the map or plat thereof as recorded in Plat Book 20, Page 64, Public Records of Osceola County, Florida.
>
> Property Identification Number: 17-25-31-3164-0001-1550.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Federal Rule

of Criminal Procedure 32.2(b)(6)(C), the United States published notices of the forfeiture and of its intent to dispose of the property on the official government website, www.forfeiture.gov, from May 29, 2024, continuing through June 27, 2024 (Doc. 74). The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801, a petition to adjudicate their interests within sixty days of the first date of publication.

The Court further finds that in accordance with 21 U.S.C. § 853(n), the United States properly noticed third parties Osceola County Tax Collector, Shanaz Singh, Rocket Mortgage, and East Lake Park Homeowners Association, Inc., which were known to have a potential interest in the property. The United States recognizes and agrees to pay from the proceeds of the sale of the property (to the extent that there are sufficient proceeds after the payment of government expenses relating to seizure, maintenance, custody, and disposal of the property): 1) the interest of Rocket Mortgage pursuant to the terms of their settlement agreement; 2) any and all *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Osceola County Tax Collector; and 3) any assessments due and owing to the East Lake Park Homeowners Association, Inc.

Other than Defendant, whose interest was previously forfeited to the United States, and the Osceola County Tax Collector, Rocket Mortgage, and the East Lake

Park Homeowners Association, Inc. (whose interests have been addressed), and Shanaz Singh (whose interest was withdrawn), there are no other third parties known to have any interest in the Cypress Hammock Drive property, and the time for filing such petitions has expired.

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the Motion (Doc. 101) is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the property is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the property is now vested in the United States, subject to the terms of the Stipulated Settlement Agreement with Rocket Mortgage, any *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Osceola County Tax Collector, and any assessments due and owing to the East Lake Park Homeowners Association, Inc. relating to the property.

It is **FURTHER ORDERED** that the Internal Revenue Service and/or their duly appointed agent is directed to seize the property and take full and exclusive custody and control of the same. The Internal Revenue Service and/or its duly authorized agent is authorized to make immediate entry onto the property for the purposes of inspection, preservation, security, and safety, and for any other purpose related to the forfeiture.

The net proceeds from the forfeiture of the property will be credited towards the satisfaction of Defendant's Order of Forfeiture (Doc. 68).

**DONE AND ORDERED** in Orlando, Florida, on December 18, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record